# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HYDE PARK STORAGE SUITES
DAYTONA, LLC; and HYDE PARK
STORAGE SUITES, INC.,

    Plaintiffs,

v.                                                    Case No. 6:20-cv-1320-RBD-RMN

CROWN PARK STORAGE SUITES,
LLC; and RICHARD A. LOMAN,

    Defendants.
_____

## **ORDER**

    Before the Court is Defendant Crown Park Storage Suites, LLC and Richard A. Loman's joint motion on entitlement to attorney's fees and expenses. (Doc. 190 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway recommends the Court grant the Motion in part and find that Loman is entitled to attorney's fees and costs given a prior agreement with Plaintiff. (Doc. 203 ("R&R").) The deadline has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

    Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 203) is **ADOPTED**, **CONFIRMED,** and made a part

      of this Order in its entirety.

2. Defendants' Motion (Doc. 190) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **GRANTED** in that Loman is **ENTITLED** to seek an award of fees and costs pursuant to clause 27 of the lease agreement.

    b. In all other respects, the Motion is **DENIED**.

3. The parties are **DIRECTED** to confer regarding the amount of attorney's fee due under the lease agreement.

4. If the parties cannot agree on an amount of fees Loman is entitled to, Loman is **DIRECTED** to file a motion for a determination of an award by **Thursday, July 13, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 29, 2023.

ROY B. DALTON JR.
United States District Judge